# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1848
_____

BRADLEY FRIZZELL,

    Petitioner,

v.

DEPARTMENT OF HIGHWAY
SAFETY AND MOTOR VEHICLES,

    Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

August 8, 2018

PER CURIAM.

    DENIED.

WETHERELL, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Aaron M. Wayt of Pumphrey Law, Tallahassee, for Petitioner.

Christie S. Utt, General Counsel, and Elana J. Jones, Assistant General Counsel, Tallahassee, for Respondent.